UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MANUEL GUITON et al.,<br><br>　　　　　Defendants. | ) Case No. EDCV 15-1797-SJO (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

　　　The Court has reviewed the First Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge, which was filed on May 12, 2016.  See 28 U.S.C. § 636.  No objections to the R&R have been timely filed.  On May 19, the R&R was returned to the Court as undeliverable.  Plaintiff has not filed a change of address since then.

　　　Local Rule 41-6 provides that

　　　[a] party proceeding *pro se* shall keep the Court . . . apprised of such party's current address . . . . If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such

1        plaintiff fails to notify, in writing, the Court and
2        opposing parties of said plaintiff's current address, the
3        Court may dismiss the action with or without prejudice
4        for want of prosecution.
5      The Court accepts the findings and recommendations of the
6  Magistrate Judge and finds that this lawsuit is subject to
7  dismissal under Local Rule 41-6 as well.
8      IT IS THEREFORE ORDERED that this action is dismissed for
9  failure to prosecute and for the reasons stated in the March 9,
10 2016 dismissal order.
11     June 8,2016.
12 DATED: _____

                                              S. JAMES OTERO
                                              U.S. DISTRICT JUDGE