**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL GUTIERREZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>MANUEL GUITON et al.,<br><br>        Defendants. | Case No. EDCV 15-1797-SJO (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

June 8, 2016.

DATED: _____    _____
                                             S. JAMES OTERO
                                             U.S. DISTRICT JUDGE